JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC Y. LAZO, an individual, JACQUES HATTOUNI, an individual, and H&L HOLDINGS GROUP, LLC a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BBVA COMPASS BANCSHARES, INC., a California corporation; COMPASS BANK, INC., a California corporation, and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. 8:18-cv-01388-JVS-JDE<br><br>Assigned to Hon. James V. Selna<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: July 6, 2018<br>Removed: August 7, 2018<br>Trial date: None |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Having considered the stipulation by and between plaintiffs Marc Y. Lazo, Jacques Hattouni and H&L Holdings Group, LLC's (**plaintiffs**) and defendant Compass Bank dba BBVA Compass (erroneously sued as BBVA Compass Bancshares, Inc. and Compass Bank, Inc.) (**Compass**), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice.  Each party will bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: March 07, 2019                        By: _____
                                                  Hon. James V. Selna